IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN PRAIZNER, and<br>MALIK THOMAS | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 5:24-cv-01126-JMG |
| | : | |
| v. | : | |
| | : | |
| RED & BLUE DICE CORPORATION;<br>RED & BLUE DICE 2 CORPORATION;<br>and AZHARUL ISLAM;<br>Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed that Plaintiff's claims in the above-referenced matter as to Count II, Count III, and Count IV of Plaintiff John Praizner's Amended Complaint (Document 23, Filed 11/26/24) are voluntarily dismissed with prejudice and without costs against any party.

**HARDWICK BENFER, LLC**

BY: /s/ *Virginia L. Hardwick*
   VIRGINIA L. HARDWICK, ESQ.
   Attorney ID No. 202649
   179 North Broad Street
   Doylestown, PA  18901
   Office:  (215) 230-1912
   Fax: (215) 230-1913
   E-mail: vhardwick@hardwickbenfer.com

   Attorney for Plaintiff

Dated: June 19, 2025

**MARSHALL DENNEHEY, P.C.**

BY: /s/ *Lee C. Durivage*
   LEE C. DURIVAGE, ESQ.
   Attorney ID No. 205928
   2000 Market Street, Suite 2300
   Philadelphia, PA  19103
   P: (215) 575-2584/F: (215) 575-0856
   E-mail:  lcdurivage@mdwcg.com

   Attorney for Defendants: Red & Blue Dice
   Corporation; Red & Blue Dice 2 Corporation;
   and Azharul Islam

Dated: June 19, 2025

1

2

APPROVED BY:

_____
                                                        J.

## <u>CERTIFICATION OF SERVICE</u>

I, VIRGINIA L. HARDWICK, ESQUIRE, hereby certify that a true and correct copy of the Stipulation of Dismissal With Prejudice of Count II, Count III, and Count IV, of Plaintiff John Praizner's Amended Complaint was served on the 19th day of June, 2025 via the Electronic Court Filing System on all counsel of record.

**HARDWICK BENFER, LLC**

*/s/ Virginia L. Hardwick*
Virginia L. Hardwick  (PA #202649)
179 North Broad Street
Doylestown, PA 18901
Telephone: (215) 230-1912
Facsimile: (215) 230-1913
Email: vhardwick@hardwickbenfer.com
*Attorney for Plaintiffs,*
*John Praizner and Malik Thomas*