IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN PRAIZNER, *et al.*                    :
          Plaintiffs,                :
                           :
          v.                         :    Civil No. 5:24-cv-01126-JMG
                           :
RED & BLUE DICE CORPORATION, *et al.*,      :
          Defendants.                :

## CIVIL JUDGMENT

**AND NOW**, this 7th  day of August, 2025, in accordance with the unanimous jury verdict, **IT IS ORDERED** that Judgment is entered as follows:

1. In favor of **DEFENDANTS: RED & BLUE DICE CORPORATION, RED & BLUE DICE 2 CORPORATION AND AZHARUL ISLAM** and against **PLAINTIFF JOHN PRAIZNER** on Count I of his Amended Complaint (ECF No. 23).

2. In favor of **DEFENDANTS: RED & BLUE DICE CORPORATION, RED & BLUE DICE 2 CORPORATION AND AZHARUL ISLAM** and against **PLAINTIFF MALIK THOMAS** on COUNTS II, V, and VI of his Third Amended Complaint (ECF No. 91).[1]

BY THE COURT:

ATTEST:

*/s/ Christine C. Stein*
CHRISTINE C. STEIN, Deputy Clerk

**Civ 1 (4/21)**

---

[1] Judgment was previously entered, pursuant to Fed. R. Civ. P. 68(a), in favor of Plaintiff Malik Thomas and against Defendants Red & Blue Dice Corp., Red & Blue Dice 2 Corp., and Azharul Islam on Counts I, III, and IV of Plaintiff Thomas's Second Amended Complaint (24-1144, ECF No. 25). *See* ECF No. 50.