**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN PRAIZNER & MALIK THOMAS,** Plaintiffs, | : | |
| v. | : | Civil No. 5:24-cv-01126-JMG |
| **RED & BLUE DICE CORP.,** *et al.*, Defendants. | : | |

**ORDER**

**AND NOW**, this 19th day of August, 2026, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 104), Defendants' Response in Opposition (ECF No. 107), Plaintiff's Reply Brief in Further Support of Motion for Fees and Costs (ECF No. 112), and Plaintiff's Letter to the Court dated December 19, 2025 (ECF No. 113), **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 104) is **GRANTED in part**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded **$163,369.78** in fees and **$3,054.00** in costs for a total of **$166,423.78.**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge